**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CAROLINE DANETTE GRANT, *et al.*,

    Plaintiffs,

v.

BRIDGE HOMES — ATLANTA,

    Defendant.

CIVIL ACTION NO.

1:24-cv-02140-TCB

## ORDER

This matter is before the Court on *pro se* plaintiffs Caroline Danette Grant and Ckelsey Deshaun Grant's ("plaintiffs") affidavit and application to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a). [Doc. 1].[1] From the documents filed with the Court, plaintiffs appear to be attempting to remove to this Court an action they filed in the Magistrate Court of Clayton County, Georgia. See [Doc. 1-1].[2] After consideration by the Court of the affidavit of indigency only,

---

[1] The listed document and page numbers in citations to the record in this Order refer to the document and page numbers shown on the Adobe file reader linked to the Court's electronic filing database, CM/ECF.

[2] The Court notes that plaintiffs "cannot remove an action[.]" Hydro-Action, Inc. v. James, 233 F. Supp. 2d 836, 841 (E.D. Tex. 2002); see also 28 U.S.C. 1441(a) (emphasis added) (stating that "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *by the defendant*

plaintiffs' request to proceed *in forma pauperis* is hereby **GRANTED** pursuant to 28 U.S.C. § 1915(a), and they shall be allowed to proceed with this action without prepayment of filing fees, docket costs, or United States Marshals Service fees. However, the Clerk is **DIRECTED** to submit this file to the assigned District Judge for a frivolity determination under 28 U.S.C. § 1915(e)(2).

    **IT IS SO ORDERED**, this 16th day of May, 2024.

                                  */s/ Russell G. Vineyard*
                                  RUSSELL G. VINEYARD
                                  UNITED STATES MAGISTRATE JUDGE

---

*or the defendants*, to the district court of the United States for the district and division embracing the place where such action is pending").